```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MOORE'S HOME IMPROVEMENT, INC., et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 10-CV-0161 |
| NATIONWIDE PROP. & CAS. INS. CO., | : : : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 24th day of August, 2011, after a bench trial and upon consideration of the parties' respective Proposed Findings of Fact and Conclusions of Law (Docs. Nos. 30, 31), it is hereby ORDERED that judgment is entered in favor of Plaintiffs and against Defendant in the amount of $61,672.85.

                                    BY THE COURT:


                                    s/J. Curtis Joyner
                                    J. CURTIS JOYNER, C.J.